# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:08cv316

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MICHAEL DAVID OGDEN, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's Application for Admission of attorney Julie Cohen Lonstein to Practice *Pro Hac Vice* in this Court on its behalf in this matter. [Doc. 2].

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that the Application on behalf of the Plaintiff [Doc. 2] is **ALLOWED**, and Julie Cohen Lonstein is hereby granted *pro hac vice* admission to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: July 9, 2008

Martin Reidinger
United States District Judge