IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:08CV316-R

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| MICHAEL DAVID OGDEN, Individually and ) | |
| as officer, director, shareholder and/or principal ) | |
| of BILLIEJEAN INC. d/b/a TREMONT ) | |
| MUSIC HALL, and BILLIEJEAN INC. d/b/a ) | |
| TREMONT MUSIC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on the Plaintiff's "Motion to Excuse Corporate Representative [from attending mediated settlement conference]" (document #18) filed January 14, 2009. As expressly stated in the "Order for Mediated Settlement Conference" (document #17), entered November 13, 2008, the undersigned requires personal appearances by the parties at all mediated settlement conferences. Accordingly, the Plaintiff's Motion is hereby **DENIED**.

The Clerk is directed to send copies of this Order to counsel for the parties; and to the Honorable Martin K. Reidinger.

**SO ORDERED.**

Signed: January 14, 2009

_Carl Horn, III_
Carl Horn, III
United States Magistrate Judge